Jason J. Ruedy
LAW OFFICES OF ROYCE & BRAIN
1407 West Thirty-First Avenue, 7th Floor
Anchorage, Alaska 99503-3678
Telephone: (907) 258-6792
Facsimile: (907) 276-2919

Attorneys for Plaintiff Action Drywall, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES, for the use and benefit of ACTION DRYWALL, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA PAYMENT BOND NO. 105385880,<br><br>  Defendant. | Case No. 3:12-cv-00216-HRH |

**NOTICE OF DISMISSAL BEFORE ANSWER**

COMES NOW Use Plaintiff Action Drywall, Inc., by and through its counsel of record, the Law Offices of Royce & Brain, and pursuant to Federal R. Civ P. 41(a)(1), hereby gives notice that the Complaint brought against Defendant Travelers Casualty and Surety Company of America Bond No. 105385880 is hereby dismissed, with prejudice, before answer.

DATED at Anchorage, Alaska, this 27th day of December, 2012.

          LAW OFFICES OF ROYCE & BRAIN
          Counsel for Plaintiff Action Drywall, Inc.

          /s/ Jason J. Ruedy
          1407 W. 31st Avenue, 7th Floor
          Anchorage, Alaska 99503
          Telephone: 907-258-6792
          Facsimile: 907-276-2919
          E-mail: jruedy@roycebrain.com
          Alaska Bar Association No. 9911070

Certificate of Service

The undersigned hereby certified as on the 27th day of December, 2012, a true and correct copy of the foregoing was served on the following via electronic delivery:

Stephen H. Hutchings
Adam W. Cook
Max D. Garner
Birch Horton Bittner & Cherot
shutchings@bhb.com
acook@bhb.com
mgarner@bhb.com

   /s/ Jason J. Ruedy

Notice of Dismissal Before Answer
*Action Drywall, Inc. v. Travelers Casualty and Surety Company of America*
Case No. 3:12-cv-00216-HRH
Page 2 of 2